**Electronically Filed
Supreme Court
SCWC-30546
12-JUN-2012
08:45 AM**

NO. SCWC-30546

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

MATTHEW HIGA, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30546; CR. NO. 08-1-0132)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Sakamoto, in place of Duffy, J., recused)

Petitioner/Defendant-Appellant Matthew Higa's

application for writ of certiorari filed on April 30, 2012, is

hereby rejected.

DATED:  Honolulu, Hawai‘i, June 12, 2012.

Lila Barbara Kanae for
petitioner

Keith M. Kaneshiro,
Prosecuting Attorney, and
Donn Fudo, Deputy Prosecuting
Attorney, for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Karl K. Sakamoto

